DAVID A. HUBBERT
Deputy Assistant Attorney General

CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: (202) 616-2378
Fax:     (202) 307-0054
Connor.Pestovich@usdoj.gov

*Counsel for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TOMKINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:24-cv-01638-WHO<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

[Page left intentionally blank]

Defendant United States of America and Plaintiff Robert Tomkinson hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action is dismissed with prejudice and with each party bearing their respective attorneys' fees, expenses, and costs.

Respectfully submitted,

Dated: August 16, 2024

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Connor J. Pestovich*
CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: (202) 616-2378
Fax:     (202) 307-0054
Connor.Pestovich@usdoj.gov

*Counsel for the United States of America*

Dated: August 16, 2024

*/s/ Anthony V. Diosdi*
Anthony V. Diosdi (CA SBN 339070)
Diosdi & Liu, LLP
505 Montgomery St., 11th Floor
San Francisco, CA 94111
Phone: (415) 318-3990
Fax:     (415) 335-7922
adiosdi@sftaxcounsel.com

*Attorney for Plaintiff*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 19, 2024.

Hon. William H. Orrick
United States District Judge

**CERTIFICATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I hereby certify that before filing this document, I obtained permission from all signatories to this document to affix their signature and file this document.

*/s/ Connor J. Pestovich*
CONNOR J. PESTOVICH
Trial Attorney, Tax Division
U.S. Department of Justice

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties that have appeared in this case.

*/s/ Connor J. Pestovich*
CONNOR J. PESTOVICH
Trial Attorney, Tax Division
U.S. Department of Justice